# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHNNY CALVIN OLLIS,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:04cv219-1-MU

DAVID MITCHELL, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2006 Order.

FRANK G. JOHNS, CLERK

February 3, 2006

BY: *s/Elizabeth J. Barton*
       Elizabeth Barton, Deputy Clerk